# EXHIBIT C
# Prior Lawsuit Order

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ALVIN VAUGHT and NANCY VAUGHT,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ No. SA-14-CA-1044<br>§<br>§<br>§<br>§ |

**ORDER OF DISMISSAL**

On November 4, 2014, the Plaintiffs filed this civil action in the 216th District Court of Kendall County, Texas. On November 26, 2014, the Defendant removed the case to this Court on the basis of diversity of citizenship and amount in controversy. On December 3, 2014, the Defendant filed a motion to dismiss pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure. When the Plaintiffs failed to respond to the motion in a timely manner, the Court ordered them to file a response by December 22, 2014 or face dismissal with prejudice. That deadline has come and gone and the Plaintiffs have not responded to the motion.

It is therefore ORDERED that the Defendant's motion to dismiss (Doc. No. 4) be, and it is hereby, GRANTED.

It is further ORDERED that the above styled and numbered cause be, and it is hereby, DISMISSED WITH PREJUDICE.

SIGNED AND ENTERED THIS 23d day of December, 2014.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE