AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
JUN 3 0 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| ALVIN VAUGHT and NANCY VAUGHT | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:16-CV-291-DAE |
| OCWEN LOAN SERVICING, LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court GRANTS Defendant's Motion to Dismiss (Dkt. # 7). The Court ORDERS this case DISMISSED WITH PREJUDICE in light of the Court's previous dismissal with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra on motion to dismiss.

Date: 06/30/2016

CLERK OF COURT

_____ Robert F. Flaig
*Signature of Clerk or Deputy Clerk*